**2013–2023.   State v. Jones.**
Cuyahoga App. No. 99538, 2013-Ohio-4915.
PFEIFER and O'DONNELL, JJ., dissent.

**2013–2050.   Hope Academy Broadway Campus v. White Hat Mgt., L.L.C. Franklin App. No. 12AP–496, 2013-Ohio-5036.**
O'DONNELL and FRENCH, JJ., dissent.

**2014–0064.   Wallace v. Golden Comb, Inc.**
Cuyahoga App. No. 99910, 2013-Ohio-5320. Discretionary appeal accepted. Sua sponte, cause held for the decision in 2013–0586, *Sivit v. Village Green of Beachwood, L.P.*, 8th Dist. Cuyahoga No. 98401, 2013-Ohio-103; and briefing schedule stayed.
PFEIFER, LANZINGER, and O'NEILL, JJ., dissent.